# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1397. WILLIAM WAITS v. J & J MANAGEMENT SERVICE, INC.**

William Waits filed a lawsuit against his former employer, J&J Management Service, Inc., alleging that J&J provided fraudulent information to the Department of Labor resulting in the denial of his claim for unemployment benefits. The trial court dismissed his complaint, and we affirmed the dismissal on appeal in an unpublished opinion. See *Watts v. J & J Management Service, Inc.*, Case No. A16A2203 (decided Nov. 30, 2016). In a subsequent action, Waits then filed his "Plaintiff's Motion to Reopen Case and Schedule Trial." The trial court denied the motion, and Waits filed a notice of appeal. We, however, lack jurisdiction.

Notwithstanding the title of the motion, Waits essentially sought to set aside the judgment under OCGA § 9-11-60 (d). See *Planet Ins. Co. v. Ferrell*, 228 Ga. App. 264, 266 (491 SE2d 471) (1997) ("[P]leadings, motions and orders are to be construed according to their substance and function and not merely as to their nomenclature . . . ."). "[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).

Waits's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __07/12/2018__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*